

**MFY LEGAL SERVICES**

INCORPORATED

299 Broadway
New York, NY 10007
Phone: 212-417-3700
Fax: 212-417-3891
www.mfy.org

Mark E. Segall
*Board Chair*

Jeanette Zelhof
*Executive Director*

Elise Brown
Carolyn E. Coffey
Ramonita Cordero
Sara J. Fulton
Kenneth Lau
Christopher Schwartz
*Supervising Attorneys*

<u>**VIA ECF/COURTSEY COPY VIA FIRST-CLASS MAIL**</u>

July 10, 2012

The Honorable Sandra L. Townes
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    <u>**_Cole v. Baum_, 11 CV 3779 (SLT)**</u>

Dear Judge Townes,

      We represent the Plaintiffs in the above action. We write in response to Defendants' July 6, 2012 letter that purports to provide "supplemental authority" to support their motion to dismiss, which was fully submitted on July 2, 2012.

      We respectfully request that the Court strike the July 6 Letter for at least three reasons:

      (1)    It is not, in fact, "supplemental authority." It references no case, law, or regulation issued since Defendants submitted the fully briefed motion on June 29, 2012. Instead, Defendants attach a *New York Law Journal* article about a controversy surrounding two foreclosure pilot projects that began operating in Kings and Queens Supreme Courts earlier in June 2012.

      (2)    Information about these pilot projects, which went into effect in June 2012, was available to Defendants prior to submission of their June 29, 2012 reply.

      (3)    The content of the "authority" has no bearing on Plaintiffs' claims. The cited article has no relationship to Plaintiffs' claims that, by electing to violate or ignore clear New York State court rules, Defendants engaged in deceptive debt-collection behavior which injured homeowners.

                                    Respectfully,

                                      /s/

                                    Elizabeth M. Lynch