UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IMOGENE COLE and GEORGIA BROWN,          JUDGMENT
individually and on behalf of all          11-CV- 3779 (SLT)
others similarly situated,

        Plaintiffs,

  -against-

STEVEN J. BAUM and STEVEN J. BAUM, P.C.,

        Defendants.
-----------------------------------------------------------X

        A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on July 11, 2013, granting Defendants' motion to dismiss Plaintiffs' Amended Complaint; it is

        ORDERED and ADJUDGED that Defendants' motion to dismiss Plaintiffs' Amended Complaint is granted.

Dated: Brooklyn, New York          Douglas C. Palmer
      July 11, 2013          Clerk of Court

        by:   */s/ Janet Hamilton*
                Deputy Clerk